**Brandy WILSON, Plaintiff–Appellant,**

v.

**Michael J. ASTRUE, Commissioner of Social Security, Defendant– Appellee.**

No. 06–3627.

United States Court of Appeals, Eighth Circuit.

Submitted: Aug. 11, 2010.

Filed: Aug. 12, 2011.

Anthony W. Bartels, Jonesboro, AR, Eugene Gregory Wallace, Campbell University, School of Law, Raleigh, NC, for Plaintiff–Appellant.

Carolyn Ann Ebbers, Assistant Regional Counsel, Keith D. Simonson, Assistant Regional Counsel, Social Security Administration, Office of the General Counsel, Dallas, TX, William Kanter, U.S. Department of Justice, Michael E. Robinson, Trial Attorney, Washington, DC, Stacey E. McCord, Assistant U.S. Attorney, U.S. Attorney's Office, Little Rock, AR, for Defendant–Appellee.

Before MELLOY, GRUENDER, and SHEPHERD, Circuit Judges.

PER CURIAM.

The Bartels Law Firm, LLC, and E. Gregory Wallace, Esq., successfully represented Brandy Wilson in an appeal from a denial of Social Security disability benefits. This court awarded attorneys' fees and expenses under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(b), but the United States Treasury offset the fee award against debts Wilson owed to the government. We issued an order in this case on September 15, 2008, finding that an EAJA attorneys' fee award "should not be offset against debts owed by the successful claimant." *Wilson v. Astrue*, No. 06–3627 (8th Cir. Sept. 15, 2008). Subsequently, the Supreme Court of the United States reversed this court's judgment for the reasons articulated in the Supreme Court's opinion in *Astrue v. Ratliff*, —— U.S. ——, 130 S.Ct. 2521, 177 L.Ed.2d 91 (2010). *Astrue v. Wilson*, —— U.S. ——, 130 S.Ct. 3450, 3450–51, 177 L.Ed.2d 1048 (2010). Consequently, to the extent the Supreme Court did not vacate our prior order, we do so now.